Chris PAPALIOLIOS and Charles A. Waters, Plaintiffs-Appellants, v. Harry M. DURNING, as Collector of Customs of the Port of New York, Defendant-Appellee.

No. 161, Docket 21888.

United States Court of Appeals
Second Circuit.

Argued Jan. 10, 1951.

Decided Jan. 24, 1951.

Kirlin, Campbell, Hickox & Keating, New York City, Delbert M. Tibbetts, New York City, of counsel, for plaintiffs-appellants.

Irving H. Saypol, U. S. Atty., New York City, Henry L. Glenn, Asst. U. S. Atty., Louis Steinberg, District Counsel, Immigration and Naturalization Service, and Max Blau, Attorney, Immigration and Naturalization Service, all of New York City, of counsel, for defendant-appellee.

Before CHASE, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of the District Court, 90 F.Supp. 496.